FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

05 SEP -6 PM 4: 33

_____ GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

vs.

*Cathy Jacobsen*
Defendant

CR. NO. 05-20306 MaV

=================================================================
ORDER ON ARRAIGNMENT
=================================================================

This cause came on to be heard on *September 6, 2005*
The United States Attorney for this district appeared on behalf of
the government, and the defendant appeared in person and with
counsel:

Name *Mary C. Jermann (FPD)*

(retained) (appointed)

Address _____

_____

Telephone _____

The defendant, through counsel, waived formal arraignment
and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from
the date hereof unless, for good cause shown to a district judge,
such period is extended.

___ The defendant, who is not in custody, may stand on his/her
present bond.

___ The defendant, (not having made bond) (being a state prisoner)
(being a federal prisoner) (being held without bond pursuant to BRA
of 1984), is remanded to the custody of the U.S. Marshal.

*Diane K. Vescovo*
United States Magistrate Judge

Charge(s): _____

_____

Assistant U. S. Attorney: _____
Defendant's Age: 48
Rule 32 (was) (was not) waived.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on *9-9-05*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 8 in
case 2:05-CR-20306 was distributed by fax, mail, or direct printing on
September 9, 2005 to the parties listed.

---

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT